UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

KAREN ENDACOTT,

      Plaintiff,

v.                                                Case No. 1:23-CV-1116 KG-DLM

WELLS FARGO BANK, N.A.,
JENNIFER HANSON, and,
JOHN & JANE DOES 1 through 5,

      Defendants.

## ORDER REMANDING CASE TO STATE DISTRICT COURT

Having determined this Court lacks subject matter jurisdiction in this lawsuit by Memorandum Opinion and Order (Doc. 31) entered contemporaneously with this Order of Remand,

IT IS ORDERED that the Clerk shall remand this case to the First Judicial District Court, County of Santa Fe, New Mexico.

_____
UNITED STATES DISTRICT JUDGE